Form clmtext

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

---

*In Re:* Shareese McLemore
*Debtor*

*Case No.:* 13−91257

*Chapter:* 13

---

### NOTICE OF ENTRY OF TEXT ORDER

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**Order re: Objection to Claim: #5−1 of Real Time Resolutions, Inc. agent for JP Morgan Chase, NA. Objection allowed as filed. (RE: related document(s)25 Objection to Claim filed by Debtor Shareese McLemore). (court, mkil)**

Dated: 3/13/14

Khadijia V. Thomas
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.